**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: | CASE NUMBER: 06-42524-DML |
| **BYRON THOMAS COLSTON** | |
| **SHANDA RENE COLSTON** | CHAPTER 13 |
| **4408 NAPA VALLEY** | |
| **ARGYLE, TX  76226** | JUDGE DENNIS MICHAEL LYNN |
| a/k/a | DATE: 05/23/2007 |
| DEBTORS | |

### TRUSTEE'S FINAL REPORT AND ACCOUNT
### AND NOTICE OF TIME TO OBJECT

Tim Truman, Standing Chapter 13 Trustee, submits the following Trustee's Final Report and Account of the administration of the estate pursuant to 11 U.S.C. 1302 (b) (1) and 704 (9) so that the Court may discharge the Trustee pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009:

| | | **Total Paid (P&I)** |
|---|---|---:|
| Debtor Discharged: | Secured: | $0.00 |
| Case Filed:  08/07/2006 | Priority: | $0.00 |
| Plan Confirmed: | *Unsecured: | $0.00 |

(*Only includes General Unsecured claims which were (a) timely filed, (b) not withdrawn, (c) not disallowed by Court, (d) not paid by third party, (e) not paid as a special class, and (f) not a tax or tax penalty.)

BYRON THOMAS COLSTON & SHANDA RENE COLSTON, 06-42524-DML

The case was (D) DISMISSED PRIOR TO CONFIRMATION on 10/04/2006.

**TOTAL RECEIPTS by Trustee:** $0.00

**ADMINISTRATIVE EXPENSES PAID:**

| | |
|---|---:|
| Debtor Attorney Fee Paid By Trustee to LAW OFFICE OF JIM MORRISON: | $0.00 |
| Trustee's Fee & Expenses Paid Pre-Confirmation: | $0.00 |
| Trustee's Fee & Expenses Paid Post-Confirmation: | $0.00 |
| Notice Fee Paid: | $0.00 |
| Clerk's Fee Paid: | $0.00 |
| TOTAL ADMINISTRATIVE EXPENSES PAID: | $0.00 |

**REFUNDS PAID TO DEBTORS:** $0.00

**PAID TO CREDITORS BY TRUSTEE:**

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---:|---:|---:|
| **Secured** | | | | |
| CITIFINANCIAL AUTO LTD<br>23501/240253 | 05 CHEVY P/U | $26,588.86 | $0.00 | $0.00 |
| JEFFREY SCOTT | CONTRACT/ASSUMED | Not Filed | $0.00 | $0.00 |
| VELOCITY CU<br>8501 | 00 FORD EXPLORER | $9,078.80 | $0.00 | $0.00 |
| **Priority** | | | | |
| *** NONE *** | | | | |
| **Unsecured** | | | | |
| ALLIED INTERSTATE | | Not Filed | $0.00 | $0.00 |
| ARROW FINANCIAL SERVICES LL<br>8424 | | Not Filed | $0.00 | $0.00 |
| ASSET ACCEPTANCE LLC<br>1157 | | Not Filed | $0.00 | $0.00 |
| CAPITAL ONE<br>7710 | | Not Filed | $0.00 | $0.00 |
| CARDIOVASCULAR SPECIALISTS<br>3600 | | Not Filed | $0.00 | $0.00 |
| CHILDRENS MEDICAL CENTER<br>6972 | | Not Filed | $0.00 | $0.00 |

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| CLAIMCARE THE FAMILY DOCTOR<br>7137 | | Not Filed | $0.00 | $0.00 |
| COLLECTION DIV AROM | | Not Filed | $0.00 | $0.00 |
| DENTON ER DOCS PA<br>3956 | | Not Filed | $0.00 | $0.00 |
| DENTON REGIONAL HOSPITAL<br>0533 | | Not Filed | $0.00 | $0.00 |
| DILLARD NATIONAL BANK<br>6700 | | Not Filed | $0.00 | $0.00 |
| FARMERS & MERCHANTS BANK<br>12J1 | | Not Filed | $0.00 | $0.00 |
| FIDELITY FEDERAL BANK<br>0010 | | Not Filed | $0.00 | $0.00 |
| FINANCIAL CONTROL SERVICES<br>4452 | | Not Filed | $0.00 | $0.00 |
| FIRST CONVENIENCE BANK<br>4051/4781 | | $1,679.67 | $0.00 | $0.00 |
| FIRST NATIONAL BANK TEXAS<br>0508 | | Not Filed | $0.00 | $0.00 |
| GREEN TREE FINANCIAL SERVIC<br>2532 | | Not Filed | $0.00 | $0.00 |
| HSBC<br>9197 | | Not Filed | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE<br>3879 | TAXES | $300.00 | $0.00 | $0.00 |
| KEITH MARSHALL | | Not Filed | $0.00 | $0.00 |
| LEGACY VISA<br>9069 | | Not Filed | $0.00 | $0.00 |
| MANGUS PEDIATRIC CARDIOLOGY<br>1843 | | Not Filed | $0.00 | $0.00 |
| MEDICAL DATA SYSTEMS INC<br>2292 | | Not Filed | $0.00 | $0.00 |
| NCO FINANCIAL SYSTEMS INC<br>2922 | | Not Filed | $0.00 | $0.00 |
| PARAGON WAY INC<br>3879 | | Not Filed | $0.00 | $0.00 |
| PARAGON WAY INC<br>2479380 | | $79.24 | $0.00 | $0.00 |
| PECAN CREEK PEDIATRICS | | Not Filed | $0.00 | $0.00 |

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|

Final Report and Account/06-42524-DML

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---:|---:|---:|
| **Unsecured** | | | | |
| QUESTCARE MEDICAL SERVICES<br>0582 | | Not Filed | $0.00 | $0.00 |
| SPECIALIZED CARD SERVICE<br>8546 | | Not Filed | $0.00 | $0.00 |
| STAN DAVIS MD<br>4000 | | Not Filed | $0.00 | $0.00 |
| TEXAS BANK<br>7908 | | Not Filed | $0.00 | $0.00 |
| TEXAS CHILD SUPPORT | | Not Filed | $0.00 | $0.00 |
| TXU ELECTRIC<br>7191 | | Not Filed | $0.00 | $0.00 |
| WELLS FARGO BANK<br>3879 | STUDENT LOAN | $703.58 | $0.00 | $0.00 |
| WEST ASSET MANAGEMENT<br>2748 | | Not Filed | $0.00 | $0.00 |
| **Notice Only** | | | | |
| BIGGERS BEASLEY EARLE ETAL | | Not Filed | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE<br>3879/7496 | | Not Filed | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE<br>3879/7496 | | Not Filed | $0.00 | $0.00 |
| LINEBARGER HEARD GOGGAN ET | | Not Filed | $0.00 | $0.00 |
| STEEN AND STEEN/MCLEAN AND | | Not Filed | $0.00 | $0.00 |
| TARRANT COUNTY TAX COLLECTO | | Not Filed | $0.00 | $0.00 |
| UNITED STATES ATTORNEY | | Not Filed | $0.00 | $0.00 |
| US DEPT OF JUSTICE | | Not Filed | $0.00 | $0.00 |

BYRON THOMAS COLSTON & SHANDA RENE COLSTON, 06-42524-DML

Pursuant to Bankruptcy Rule 5009, I certify that the estate has been fully administered.

Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above cases, closes the case, and grants such other relief as may be just and proper.

/s/ Tim Truman

Standing Chapter 13 Trustee